THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Christopher Tucker,       
Appellant,
 
 
 

Appeal From Richland County
Henry F. Floyd, Circuit Court Judge

Unpublished Opinion No. 2003-UP-608
Submitted August 20, 2003  Filed October 
 20, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, 
 of Columbia; for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, of Columbia; Solicitor Warren B. Giese, of Columbia; 
 for Respondent.
 
 
 

PER CURIAM:  Christopher Tucker appeals 
 from his guilty plea to distribution of crack cocaine and distribution of crack 
 cocaine within the proximity of a school or park, arguing the trial judge violated 
 the mandate of Boykin v. Alabama, 395 U.S. 238 (1965), by accepting his 
 plea.  Tuckers counsel attached to the brief a petition to be relieved as counsel, 
 stating that she had reviewed the record and concluded this appeal lacks merit.  
 After a thorough review of the record and counsels brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Tuckers appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., ANDERSON and CURETON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.